# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ISAIAH STARR STANDINGROCK,** <br><br> **Defendant.** | **CR 18-63-GF-BMM** <br><br><br> **ORDER TO SEAL** |

Based upon the United States' unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that docket numbers 34-2; 35-2; 36-1; and 37-1 are SEALED.

Dated this 24th day of September, 2018.

_____
Brian Morris
United States District Court Judge

1