**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR-18-63-GF-BMM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER WITHDRAWING** |
| ISAIAH STARR STANDINGROCK, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **SUPPRESS AND MOTION TO** |
| Defendant. | ) | **DISMISS COUNT IV OF THE** |
| | ) | **INDICTMENT AND VACATING** |
| | ) | **HEARING** |
| _____ | ) | |

THE DEFENDANT having filed a *Motion to Withdraw Motion to Suppress and Motion to Dismiss Count IV of the Indictment;* and good cause appearing therefor; IT IS HEREBY ORDERED that Defendant ISAIAH STARR STANDINGROCK's *Motion to Suppress* and *Motion to Dismiss Count IV of the Indictment* are WITHDRAWN, and the hearing thereon set for November 20, 2018, is VACATED.

DATED this 14th day of November, 2018.


_____
Brian Morris
United States District Court Judge