# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH STARR STANDINGROCK,<br><br>Defendant. | CR-18-63-GF-BMM-JTJ<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO CHANGE PLEA** |

Defendant Isaiah Standingrock appeared before United States Magistrate Judge John Johnston on January 16, 2019, and entered a plea of guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone. Judge Johnston entered Findings and Recommendations on January 16, 2019. (Doc. 110).

Judge Johnston determined: (1) that Standingrock was fully competent and capable of entering an informed and voluntary plea; (2) that Standingrock was aware of the nature of the charges against him and the consequences of pleading guilty; (3) that Standingrock understood the allegation of forfeiture and the consequences of admitting to the allegation; (4) that Standingrock fully understood his constitutional rights, and the extent to which he was waiving those rights by

1

pleading guilty to Count I as charged in the Indictment; and (5) that Standingrock's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of Count I as charged in the Indictment and the legal basis for the forfeiture. *Id.* at 1-2.

Judge Johnston recommended that this Court accept Standingrock's plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone as charged in the Indictment. *Id.* at 2. Neither party filed objections. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error.

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 110) are **ADOPTED IN FULL.** Standingrock's Motion to Change Plea (Doc. 99) is **GRANTED**.

DATED this 20th day of February, 2019.

Brian Morris
United States District Court Judge