**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISAIAH STARR STANDINGROCK, <br><br> Defendant. | **CR-18-63-GF-BMM-2** <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 9, 2021. (Doc. 180.) Isaiah Standingrock (Standingrock) filed an objection on June 23, 2021. (Doc. 182.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on June 8, 2021. (Doc. 175.) The United States accused Standingrock of violating his conditions of supervised release by 1) by using a controlled substances on five separate occasions; 2) by failing to follow the instructions of his probation officer on two separate occasions; and 3) by failing to complete his substance abuse treatment program; and 4) by committing another crime. (Doc. 174.) At the revocation hearing, Standingrock admitted to violating the terms of his supervised release 1) by using a controlled substances on five separate occasions; 2) by failing to follow the instructions of his probation officer on two separate occasions; and 3) by failing to complete his substance abuse treatment program. The Court dismissed alleged violation 9 on the government's motion. (Doc. 175.) Judge Johnston found the violations Standingrock admitted are serious and warrant revocation of Standingrock's supervised release. Judge Johnston recommended Standingrock should be incarcerated for 4 months, with 32 months of supervised release to follow, with the first 60 days of supervised release in a secure inpatient drug treatment facility. Standingrock should serve the next 6 months of supervised release in a sober living environment as directed by his probation officer. (Doc. 180.)

    Warren now opposes Judge Johnston's Findings and Recommendations, objecting to the length of the sober living placement. (Doc. 182.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as Standingrock's objection. The undersigned conducted a revocation hearing on June 28, 2021. (Doc. 184.) Standingrock and his attorney were allowed to allocute before the undersigned. (*Id*.) The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations. Standingrock's violation of his conditions represent a serious breach of the Court's trust. These violations proves serious. Judge Johnston has recommended that the Court revoke Standingrock's supervised release and commit him to the custody of the Bureau of Prisons for 4 months. (Doc. 180.) Judge Johnston further has recommended a term of 32 months of supervised release with the first 60 days of supervised release in a secure inpatient drug treatment facility. Standingrock should serve the next 6 months of supervised release in a sober living environment as directed by his probation officer. (*Id*.) Accordingly,

**IT IS HEREBY ORDERED** that Standingrock's objection is denied. Judge Johnston's Findings and Recommendations, (Doc. 180) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Isaiah Starr Standingrock be sentenced to the custody of the Bureau of Prisons for a term of 4 months, with 32 months of supervised release to follow with the first 60 days of supervised release in a secure inpatient drug treatment facility. Standingrock should serve the next 6

months of supervised release in a sober living environment as directed by his probation officer.

DATED this 29th day of June, 2021.

Brian Morris, Chief District Judge
United States District Court