IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH STARR STANDINGROCK,<br><br>Defendant. | CR 18-63-GF-BMM-JTJ<br><br>**JUDGMENT** |

The Court conducted a criminal contempt hearing in this matter on August 31, 2021. Defendant Isaiah Starr Standingrock (Standingrock) appeared with counsel. The criminal contempt proceeding was based on Standingrock's failure to comply with an Order issued by United States District Judge Brian Morris temporarily releasing Standingrock from custody so he could attend two funerals. (*See* Doc. 208).

The parties orally consented to proceed before the undersigned. The Court advised Standingrock of the charge and the potential penalties he faced. The Court also advised Standingrock of his constitutional rights.

Standingrock knowingly, intelligently and voluntarily admitted each of the elements of the criminal contempt charge. Standingrock admitted: 1) that Judge Morris had issued a clear and definite Order on July 19, 2021, directing him to

return to jail on or before noon on July 21, 2021; 2) that he knew of Judge Morris's Order directing him to return to the jail on or before noon on July 21, 2021; and 3) that he willfully violated Judge Morris's Order by failing to return to the jail on or before noon on July 21, 2021. The Court found Standingrock guilty of criminal contempt based on his admissions.

The parties submitted a joint sentencing recommendation to the Court. The parties recommended that the Court sentence Standingrock to two weeks of confinement to run consecutive to the custodial sentence that Judge Morris imposed in this matter on June 29, 2021, for Standingrock's supervised release violations. The parties also recommended that Standingrock make a verbal apology to the Court.

Having considered the joint recommendation of the parties, and the sentencing factors in 18 U.S.C. § 3553, the Court enters the following sentence for Standingrock's criminal contempt:

1. Standingrock shall serve two weeks in custody. This term of custody shall run consecutive to the custodial sentence that Judge Morris imposed in this matter on June 29, 2021, for Standingrock's supervised release violations.

2. Standingrock shall provide a verbal apology to the Court.[1]

---

[1] Standingrock has already satisfied the second part of the Court's sentence. Standingrock provided a verbal apology to the Court during the contempt hearing on August 31, 2021. The Court accepted Standingrock's apology.

## **NOTICE OF APPEAL**

Standingrock is advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Judge within 14 days after entry of judgment.

DATED this 9th day of September, 2021.

_____
John Johnston
United States Magistrate Judge

3