# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-63-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| ISAIAH STARR STANDINGROCK, | |
| Defendant. | |

Defendant Isaiah Starr Standingrock, having filed a Motion to Continue Revocation Proceedings, there being no objection from the Government;

IT IS HEREBY ORDERED the Initial Appearance on Supervised Release Violations, currently scheduled for December 1, 2021, at 1:30 p.m. is VACATED and RESET for January 4, 2022 at 1:30 p.m.

DATED this 30th day of November, 2021.

_____
John Johnston
United States Magistrate Judge

1